**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**ADAM DANIEL ROICE,**

                **Plaintiff,**                       **9:15-cv-26
                                                             (GLS/DJS)**

                    **v.**

**THE COUNTY OF FULTON et al.,**

                **Defendant.**
_____

## ORDER

The court has identified grounds that may entitle defendants Fulton County, Thomas Lorey, and Amy Gagne to summary judgment on Roice's third cause of action for "[n]egligent [s]upervision/[r]etention of [e]mployee" under New York law. (Compl., Dkt. No. 1 ¶¶ 42-44.) Fed. R. Civ. P. 56(f)(2) "expressly allows the court to grant a motion for summary judgment on grounds that were not raised in the motion, but only after giving the opposing party notice and the opportunity to oppose." *Nick's Garage, Inc. v. Nationwide Mut. Ins. Co.*, 715 F. App'x 31, 34 (2d Cir. 2017).

"To state a claim for negligent supervision or retention under New York law, in addition to the standard elements of negligence, a plaintiff

must show: (1) that the tort-feasor and the defendant were in an employee-employer relationship, . . . (2) that the employer knew or should have known of the employee's propensity for the conduct which caused the injury prior to the injury's occurrence, . . . and (3) that the tort was committed on the employer's premises or with the employer's chattels[.]" *Ehrens v. Lutheran Church*, 385 F.3d 232, 235 (2d Cir. 2004) (internal quotation marks and citations omitted). Given those elements, and the summary judgment record, it appears that the County, Lorey, and/or Gagne may be entitled to summary judgment on Roice's third cause of action.

**ORDERED** that the County and Lorey shall submit a brief no longer than five (5) pages within fourteen (14) days from the date of this Order, and Gagne shall submit a brief no longer than five (5) pages within fourteen (14) days from the date of this Order; and it is further

**ORDERED** that upon filing of those briefs, Roice shall have fourteen (14) days to respond to both briefs with **one** brief no longer than ten (10) pages; and it is further

**ORDERED** that upon filing of Roice's brief, the County and Lorey will have seven (7) days to reply with a brief no longer than five (5) pages, and

the same for Gagne.

**ORDERED** that the Clerk shall provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

November 9, 2018
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge